# Court of Appeals of the State of Georgia

ATLANTA,  September 28, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0255. JOHNNY EUGENE HOLTON v. THE STATE.**

Johnny Eugene Holton entered a negotiated plea to two counts of child molestation. After Holton moved to vacate his sentence as void, the trial court resentenced Holton to a total of 20 years to serve in confinement followed by 15 years of probation. Holton appealed his new sentence, and we affirmed. See Case No. A21A1223 (Jan. 5, 2022). Holton subsequently filed a new motion to vacate void sentence. The trial court denied the motion, and we dismissed his appeal as barred by law of the case. See Case No. A23A0816 (Feb. 27, 2023). Holton then filed a motion for merger, claiming his two counts of child molestation should have been merged. The trial court denied the motion. Holton then filed this direct appeal.

A merger argument is a challenge to a conviction. See *Williams v. State*, 287 Ga. 192, 193-194 (695 SE2d 244) (2010). The Supreme Court has made clear that a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case" and that an appeal from the denial of such a motion is subject to

dismissal. *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). Because Holton

is not authorized to collaterally attack his convictions in this manner, this appeal is

hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,___09/28/2023_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*